**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**REGINALD D. LOCKHART**                                    **PLAINTIFF**

**VS.**                          **CASE NO. 4:24-CV-143-JM**

**ERIC PETTY, Individually;
KENNETH WILCOX Individually; and
CITY OF LITTLE ROCK, a municipality**                      **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the order entered this day, the complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE